THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALAN JOE PARKS, Defendant-Appellant.

(No. 74-279;

Fifth District—May 1, 1975.

Opinion by Mr. JUSTICE KARNS.

Paul Bradley and Victoria J. Meyers, both of State Appellate Defender's Office, of Chicago, for appellant.

Howard L. Hood, State's Attorney, of Murphysboro (Bruce D. Irish and Raymond F. Buckley, Jr., both of Illinois State's Attorneys Association, of counsel), for the People.